# UNITED STATES DISTRICT COURT
## for the
### _____ District of Nevada

RECEIVED / SERVED ON / COUNSEL/PARTIES OF RECORD
FILED / ENTERED
JAN 17 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-mj-49-CWH |
| Jerone La Mont Staples | ) | |
| | ) | Charging District: District of Oregon |
| Defendant | ) | Charging District's Case No. 3:18-cr-493-BR |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, Portland, OR | Courtroom No.: | report to Pretrial Services |
|---|---|---|---|
| | | Date and Time: | January 22, 2019, 9 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: January 17, 2019

_____
Judge's signature

C.W. HOFFMAN, JR. U.S. MAGISTRATE JUDGE
*Printed name and title*